Dear Mrs. Cathy S. Lusk

    I am writing the Twelfth Court of Appeals because I am incarcerated in Gregg County fighting a different case. By me having a attorney on this Gregg County case they will not allow me a Law Library to pursue my case NO: 2011-0544. I am unable to file the motion I need to file correctly. Any help will be greatly appreciated. Trying to meet the dead line.

Respectfully

Robert Lilley

REC'D IN COURT OF APPEALS
12th Court of Appeals District
MAY 1 5, 2015
TYLER TEXAS
CATHY S. LUSK, CLERK